# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America, : | |
|     Plaintiff, : | Docket No. |
| vs. : | |
| Sarah Pereira, : | |
|     Defendant. : | |

## COMPLAINT

The United States of America, a body politic and sovereign, acting herein by the United States Attorney for the District of Connecticut, complains and says:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. Section 1345.

2. That the Defendant, Sarah Pereira is a resident of the District of Connecticut.

3. That the Defendant is indebted to the Plaintiff in the principal amount of $52,885.18, plus interest on this principal computed at the rate of 10.625% per annum in the amount of $17,504.96 as of October 1, 2018, until the date of judgment.  See Exhibit "A" attached hereto and incorporated herein.

Demand has been made upon the Defendant by the Plaintiff for the sum due, but the amount due remains unpaid.

Wherefore, the Plaintiff demands judgment against the Defendant for the total of $70,390.14, plus costs, plus interest at 10.625 % per annum on the principal of $52,885.18 that has accrued from October 1, 2018 to the date of judgment.

~ 2 ~

Plaintiff further demands, pursuant to 28 U.S.C. Section 1961, that interest on any judgment be at the legal rate until the judgment is paid in full.

Dated at New Haven, Connecticut on November 7, 2018.

          UNITED STATES OF AMERICA

          JOHN H. DURHAM
          UNITED STATES ATTORNEY


          CHRISTINE SCIARRINO
          ASSISTANT UNITED STATES ATTORNEY
          UNITED STATES ATTORNEY'S OFFICE
          157 CHURCH STREET, 25th FLOOR
          NEW HAVEN, CT   06510
          (203) 821-3700 / FAX: (203) 773-5373
          FEDERAL NO.   CT03393
          EMAIL:   CHRISTINE.SCIARRINO@USDOJ.GOV

EXHIBIT A



DEPARTMENT OF HEALTH & HUMAN SERVICES

Program Support Center

Debt Collection Center

## CERTIFICATE OF INDEBTEDNESS
### National Health Service Corps
*Loan Repayment Program*

Sarah Pereira
4 Fort Hill Rd
Groton, CT 06340-4723
REF: 23140055
SSN: XXX-XX-3525

**Total debt due United States as of October 1, 2018: $70,390.14 (principal $52,885.18, interest $17,504.14).**

I certify that the Department of Health and Human Services' (DHHS) records show that the individual named above is indebted to the United States in the amount stated above. Interest accrues on the principal amount of this debt at the fixed rate of 10.625% per annum. The interest accrues at $15.39 per day.

Ms. Pereira submitted an application to participate in the National Health Service Corps (NHSC) Loan Repayment Program (LRP) (42 U.S.C. 254l-1). The application was approved, and she entered into an NHSC/LRP contract on September 09, 2011. Funds totaling $32,382.40 were paid to her by the Federal government in accordance with the provisions of the statute and implementing regulations [42 C.F.R. Part 62, Subpart B].

These funds were paid upon the condition that she provide health services on a full-time clinical basis in a health professional shortage area (designated under 42 U.S.C. 254e and 42 C.F.R. Part 5) assigned by the Secretary. She was obligated to provide service for (2) years. She was assigned to the following service site: United Community and Family Services (UCFS). She did not complete the service obligation owed under the written contract. She completed 553 days;18 full months of service.

Pursuant to 42 U.S.C. 254o(c)(1), if (for any reason) an individual fails either to begin or to complete his or her period of obligated service, the United States shall be entitled to recover from the individual an amount equal to the sum of:

    (A) the total of the amounts paid by the United States for any period of obligated service not served,
    (B) a penalty equal to the product of the number of months of obligated service that were not completed by an individual, multiplied by $7,500, and
    (C) interest on the above amounts from the date of the breach;

        except, the amount the United States is entitled to recover shall not be less than $31,000.00.

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS – Sarah Pereira

The amount the United States is entitled to recover consists of:

(A) the total of the amounts paid by the United States for any period of obligated service not served,

- $7,885.18; ($32,382.40 *divided by 731* obligated service days *times 178* days unserved), and

(B) an amount equal to the product of the full number of months of obligated service not completed, multiplied by $7,500.00.

- $45,000.00($7,500 *multiplied by 6* months of service not completed)

For a total beginning principal of $52,885.18

(C) interest on the above amounts from the date of the breach.

By letter dated March 13, 2013, United Community and Family Services (UCFS) informed Ms. Pereira that her employment was terminated.

On March 19, 2014, she was notified that she had been placed in default for failing to fulfill the requirements of her NHSC/LRP contract. She was also advised that failure to make repayment arrangements would result collection action; including, the referral of her debt to the U.S. Department of Justice (DOJ) for enforced collection. She did not respond.

In a letter dated May 29, 2014, she was advised that her account had been referred to a private collection agency. She was notified that unless payment in full or an RA was concluded, the account would be referred to DOJ for enforced collection.

By letters dated July 04, 2014 and October 28, 2016, she was advised that her account was delinquent. She was notified of HHS' intent to refer her debt to other Federal agencies for the purpose of administrative offset, which may include Federal tax refund offset, salary offset, wage garnishment, and other Federal or State Agencies payments. She was advised that paying the debt in full or entering into an RA would terminate administrative offset.

By letter dated July 21, 2018, Ms. Pereira was sent a final notice regarding the delinquent debt. She was advised that if repayment arrangements were not finalized that her debt would be referred to the DOJ for enforced collection. She did not comply.

The following provides a breakdown of payments made on the debt:
Voluntary Payments              07/31/14 to 10/28/16              $13,700.00

## PAGE 3 - CERTIFICATE OF INDEBTEDNESS – Sarah Pereira

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment agreement. The debt is now being referred to the U.S. Department of Justice (DOJ) for enforced collection.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

10/23/2018
Date

Melodie R. Sanders
Chief, Debt Referral Section
Program Support Center
U.S. Department of Health and Human Services